```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA          :

                -against-              :       16-CR-180 (VEC)

                                       :       <u>ORDER</u>
   BYRON BELL,                       :

                     Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that a Violation of Supervised Release hearing is scheduled for **April 3, 2023, at 2:15 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: April 2, 2023**
       **New York, NY**

                                             **VALERIE CAPRONI**
                                             **United States District Judge**